CHARLES SUBKE *vs.* FREDERICK W. ECKES.

May 21, 1889.

The testimony in this case, having been examined by the court, is found sufficient to warrant a certain finding of fact complained of.

Action to set aside a mortgage foreclosure, brought in the district court for Hennepin county, and tried by *Lochren,* J., who ordered judgment for defendant. The plaintiff appeals from an order refusing a new trial.

*Robinson & Baker,* for appellant.

*S. Meyers,* for respondent.

COLLINS, J. The finding of fact complained of and alleged to be erroneous by the appellant was fully warranted by the testimony, and abundantly justified by the circumstances as presented upon the trial. No other question being involved, the order denying a new trial is affirmed.